UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JASPER GRAYSON,

        Defendant(s).
-------------------------------------------------------x

19 Cr. 241 (PKC)

CASTEL, U.S.D.J.

        Government shall respond to defendant's Motion for Sentence Reduction by May 5, 2020 at 2pm.  Counsel should advice whether her client waives appearance. Assuming the defendant waives his appearance, then the conference will be held on May 6, 2020 at 2 pm.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
       April 30, 2020