UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                      19-cr-241 (PKC)

      -against-                                      ORDER

JASPER GRAYSON,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The telephonic conference scheduled for May 6, 2020 is adjourned to May 7, 2020 at 2 p.m.  The call-in information is as follows:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        SO ORDERED.

                                                    P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
            May 6, 2020